IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARQUISE DANIELS,

    Plaintiff,

v.   No. 22-CV-951-KG-GBW

KEVIN DEVONPORT, *et al.*,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

IT IS ORDERED, ADJUDGED, AND DECREED:

1. The claims raised in the handwritten letter filed December 14, 2022 (Doc. 1) are dismissed without prejudice.
2. The above captioned case should be closed.

                                                        UNITED STATES DISTRICT JUDGE